# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| WILLIE T. SMITH, #91949 | ) ) ) | |
| Plaintiff, | ) ) | 2:10-cv-01415-JCM-RJJ |
| vs. | ) ) | **ORDER** |
| DWIGHT W. NEVENS, et al., | ) ) | |
| Defendants. | ) / | |

Presently before the court is plaintiff Willie Smith's motion for temporary restraining order. (Doc #11). Plaintiff requests that the court provide him with legal supplies and additional soap while incarcerated. Plaintiff also suggests that his mail is being withheld by the High Desert State Prison.

This court is without authority to grant the requested relief. Plaintiff should instead direct his request to the appropriate state authorities at the Department of Corrections.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion for temporary restraining order (doc. #11) is DENIED.

DATED this 28th day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE