UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| WILLIE T. SMITH, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:10-cv-1415-JCM-RJJ |
| vs. | ) | |
| DWIGHT W. NEVEN, *et al.*, | ) | O R D E R |
| Defendant, | ) | |

This matter was submitted to the undersigned Magistrate Judge on Plaintiff's Motion for to Receive Free Copies (#12).

The Court having reviewed the Motion (#12) and the Response (#19) thereto and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion to Receive Free Copies (#12) is **DENIED**.

DATED this __3d__ day of March, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge