UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIE T. SMITH, | ) |
| Plaintiff, | ) 2:10-cv-1415-JCM-RJJ |
| vs. | ) |
| DWIGHT W. NEVEN, *et al.*, | ) O R D E R |
| Defendant, | ) |

This matter was submitted to the undersigned Magistrate Judge on Plaintiff's Motion for Clearification (#15).

The Court having reviewed the Motion (#15) finds that this motion is moot based on the Acceptance of Service (#16). Good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion for Clearification (#15) is **DENIED**.

DATED this  3d   day of March, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge