UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIE T. SMITH, | )<br>) |
| Plaintiff, | ) 2:10-cv-1415-JCM-RJJ<br>) |
| vs. | )<br>) |
| DWIGHT W. NEVEN, *et al.*, | ) O R D E R<br>) |
| Defendant, | )<br>) |

This matter is before the Court on Plaintiff's Motion For an Order Compelling Discovery (#13).

The Court having reviewed the Motion (#13) and the Response (#22) and good cause appearing therefore,

IT IS HEREBY ORDERED that a hearing by telephone conference call is scheduled for April 22, 2011, at 2:00 PM on Plaintiff's Motion For an Order Compelling Discovery (#13).

IT IS FURTHER ORDERED that counsel for defendants shall make all necessary arrangements with the institution where plaintiff is incarcerated to insure the participation of the plaintiff in this conference call. The parties are directed to call into the court's meet-me-line at (702)868-4906, conference code 123456.

DATED this __8th__ day of April, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge